REBECCA DUNKLEY v. LEE H. SHOEMATE, ERIC B. MUNSON, DAVID S. JANOWSKY, PRESTON A. WALKER, MARY F. LUTZ, DOE ONE, DOE TWO, AND DOE THREE

No. 28PA97

(Filed 6 June 1997)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an order of the Court of Appeals, entered 9 December 1996, dismissing the plaintiff's appeal. Heard in the Supreme Court 14 May 1997.

*Law Offices of Grover C. McCain, Jr., by Grover C. McCain, Jr., and Frank W. Hallstrom, for plaintiff-appellant.*

*Patterson, Dilthey, Clay & Bryson, L.L.P., by Robert M. Clay, for defendant-appellee Shoemate.*

*Bailey & Dixon, L.L.P., by Gary S. Parsons and Kenyann G. Brown, on behalf of Nationwide Mutual Insurance Company and the Alliance of American Insurers, amici curiae.*

PER CURIAM.

The interlocutory order of the superior court, from which the plaintiff appealed, affects a substantial right which the plaintiff will lose if the order is not reviewed before final judgment. *Waters v. Qualified Personnel, Inc.*, 294 N.C. 200, 240 S.E.2d 338 (1977); *Highway Commission v. Nuckles*, 271 N.C. 1, 155 S.E.2d 772 (1967). It was error to dismiss the appeal. We reverse the order dismissing the appeal and remand to the Court of Appeals for a hearing on the merits.

REVERSED AND REMANDED.